IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | CASE NO.: | 07-10874-MAM-13 |
| DARRYL WAYNE MARTIN | DATE: | 07/21/2009 |
| YOLANDA MAGEE MARTIN | | |
| DEBTORS | DATE CONFIRMED: | 09/27/2007 |
| ATTORNEY: HERMAN D. PADGETT | DATE CLOSED: | 04/22/2009 |

## FINAL REPORT AND ACCOUNTING

I, J.C. McAleer, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was DISMISSED AFTER CONFIRMATION.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $11,772.00

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | $768.67 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN EMERGENCY | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BELLSOUTH | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BFI | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BLUE RENTS | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CENTURYTEL OF ALA LLC | UNSECURED | $139.47 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COMPASS BANK | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DAVIE'S AIR DESIGN, INC. | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| EARL & EMMA ADAMS | SECURED - PRO RAT | $5,005.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,005.00 |
| FIREMAN'S FUND | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST UNITED SECURITY BANK | UNSECURED | $2,844.38 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FOSTER'S A/C & HEATING, INC. | UNSECURED | $4,493.58 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FOSTER, BOLTON & DYSON, PA | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GWENDOLYN GARRETT | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL/AMSOUTH BA | UNSECURED | $587.50 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LABOR FINDERS | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LOWE'S | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MARILYN E. WOOD, REVENUE COM | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MARILYN E. WOOD, REVENUE COM | PRIORITY | $134.88 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $134.88 |
| MARILYN E. WOOD, REVENUE COM | PRIORITY | $517.99 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $517.99 |
| MCI | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ODELLE ROBINSON | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PROFESSIONAL DRAIN SERVICE | UNSECURED | $2,520.08 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RAYNOLD HOLDER | PRIORITY | $2,225.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,225.00 |
| RAYNOLD HOLDER | UNSECURED | $10,992.74 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| REGIONS BANK | UNSECURED | $2,565.28 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| REGIONS BANK D/B/A AMSOUTH B | UNSECURED | $20,628.10 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SEACOAST SUPPLY | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SELECT PORTFOLIO SERVICING | MORTGAGE ARREA | $3,915.73 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,915.73 |
| SHIRLEY PEARSON | UNSECURED | $30,503.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SPIEGEL | UNSECURED | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ST OF AL-DEPT INDUSTR RELATION | NOTICE ONLY | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE OF AL./DEPT. OF REVENUE | PRIORITY | $9,769.47 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,769.47 |
| STATE OF AL./DEPT. OF REVENUE | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TECHNIQUE AUTO SALES | UNSECURED | $512.86 | 100.00 | $512.86 | $366.51 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| TECHNIQUE AUTO SALES | SECURED - PREF PY | $1,700.81 | 100.00 | $1,700.81 | $1,588.71 | $0.00 | $0.00 | $0.00 |
| TECHNIQUE AUTO SALES | SECURED - PREF PY | $7,529.88 | 100.00 | $1,411.59 | $1,334.73 | $0.00 | $0.00 | $6,327.33 |
| UBS AG, NEW YORK BRANCH | MORTGAGE PAYME | $97,381.89 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| UBS AG, NEW YORK BRANCH | MORTGAGE ARREA | $21,686.37 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,686.37 |
| UMLI/UM CAPITAL, LLC | MORTGAGE ARREA | $3,181.52 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,181.52 |
| UMLI/UM CAPITAL, LLC | MORTGAGE PAYME | $27,779.48 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| USA MOBILITY | UNSECURED | $15.78 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| PRIORITY | $0.00 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $3,112.40 |
| INTEREST | $3,289.95 |
| UNSECURED | $512.86 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $3,000.00 |
| TRUSTEE FEE: | $564.79 |
| REFUNDED TO DEBTOR: | $1,292.00 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $11,772.00 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ J.C. McAleer

J.C. McAleer, Trustee