# *United States Bankruptcy Court*
## Southern District of Alabama

In Re:                                                    Case Number: 07−10874
Darryl Wayne Martin
dba Martin Construction
xxx−xx−5226

Yolanda Magee Martin
aka Yolanda Magee
xxx−xx−2168

## *FINAL DECREE*

The estate of the above named debtor has been fully administered. John C. McAleer III is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 13 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Date: 7/22/09

MARGARET A. MAHONEY
UNITED STATES BANKRUPTCY JUDGE